UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

---

STATE FARM GUARANTY INS. CO., et. als.

                Plaintiffs,

     - against -

TRI-COUNTY CHIROPRACTIC &

REHABILITATION CENTER, PC, et. als.

                Defendants.

Civil Action

Case No.: 2:22-CV-04852-ES-CLW

---

NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED.R.CIV.P. 12(B)(1) AND REMAND TO ARBITRATION

---

COME NOW Defendants who move to dismiss the Plaintiff's Complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and remand to arbitration.

                                                 Attorneys for Defendants

DATED: August 5, 2024

By: Jeffrey B. Randolph, Esq.
Law Office of Jeffrey Randolph, LLC
(JBR5453)
Email: jrandolph@Jrlaw.net